In the United States District Court
for the District of Puerto Rico



# ATTENDANCE LIST

Date: February 13, 2019

CASE NO. 15-00561 (JAG)

| # | DEFENDANT NAME | ATTORNEY NAME | ATTORNEY SIGNATURE |
|---|---|---|---|
| 1 | Rocket Learning, LLC. | Juan R. Acevedo-Cruz | *signature* Justin C. Daniels |
| 2 | Brenda Perez-Garcia | Raul S. Mariani-Franco | *signature* |
| 3 | Juan Nieves-Rivera | Maria H. Sandoval | *signature* |
| 4 | Jose Acevedo-Rivera | Anita Hill-Adames | *signature* |
| 5 | Lynnette Asencio-Plaza | Juan E. Alvarez-Cobian | *signature* |
| 7 | Kay Pagan-Rivera | Melanie Matos-Cardona | *signature* |
| 8 | Karenie Laborde-Muniz | Benito I. Rodriguez-Masso | Excused |
| 9 | Annerys Rodriguez-Aponte | Laura Maldonado-Rodriguez | subs by Francisco Adams |
| 10 | Lis Garcia-Medina | Edgar R. Vega-Pabon | subs by Francisco Adams |
| 11 | Edjeledeira Melendez-Rivera | Carlos M. Sanchez-La-Costa | *signature* |
| 12 | Jonathan Morales-Febus | Rachel Brill | R.B. |
| 14 | Francisco Sanchez-Zayas | Johnny Rivera-Gonzalez | for Carlos Sanchez |
| 15 | Yamaris Torres-Ortiz | Ramon M Gonzalez-Santiago | *signature* |

| #  | Name | Attorney | Signature/Notes |
|----|------|----------|-----------------|
| 16 | Sayra Lopez-Torres | Edgar R. Vega-Pabon | subs. by Francisco Adams |
| 17 | Anita Ortiz-Rodriguez | Jason Gonzalez-Delgado | |
| 18 | Sheilla Pagan-Carrasquillo | Thomas Trebilcock-Horan | For Juan Alvarez |
| 19 | Elba Yanira Jimenez-Perez | Ernesto Hernandez-Milan | |
| 20 | Gretchen Roman-Soto | Peter Diaz-Santiago | |
| 21 | Milliam Centeno-Soto | Osvaldo Carlo-Linares | by: Eduardo Ferrer |
| 22 | Emmanuel Cruz-Martinez | Francisco J. Adams-Quesada | Adams |
| 23 | Katia Tapia-Torres | Richard O. Dansoh | Richard Dansoh |
| 24 | Noraima Mercado-Vazquez | Ernesto Hernandez-Milan | |
| 25 | Nayra Alicea-Delgado | Ibraham Latiff-Carrasquillo | |
| 26 | Eileen Gutierrez-Stone | Juan A. Albino-Gonzalez | Arrived 3:15 p.m. |
| 27 | Glorymar Rodriguez-Casiano | Peter Diaz-Santiago | |
| 28 | Minerva Mendoza-Acevedo | Jose C. Romo-Matienzo | |
| 29 | Suhayl Mendez-Reyes | Wilfredo Rios-Mendez | |
| 30 | Javier Reyes-Lopez | Carlos J. Sagardia-Abreu | |
| 31 | Luisa Garcia-Arriaga | Rafael F. Castro-Lang | For |
| 32 | Jose Sanchez-Bauza | Jesus M. Rivera-Delgado | by: Ramon M-Gonzalez |
| 34 | Wanda Figueroa-Figueroa | Mariela Maestre-Cordero | Mariela |
| 35 | Aracelis Rivera-Rivera | Miguel Oppenheimer | by: Francisco Adams |
| 36 | Annette Coppin-Bald | Javier A. Morales-Ramos | |
| 37 | Idalis Torres-Torres | Ignacio Fernandez-De-Lahongrais | For Rachel Brill |
| 38 | Jessica Marrero-Santana | Mario A. Carrillo-Cotto | |
| 39 | Keila Silva-Sanchez | Luis R. Rivera-Rodriguez | For Alan Rivera |
| 40 | Monica Ortiz-Alicea | Diego H. Alcala-Laboy | |
| 41 | Nayda Torres-De Leon | Carmen L. Soto-Tellado | Cm M Sanchez (subs) |
| 42 | Guillermo Morales-Muniz | Fernando Omar Zambrana-Aviles | Excused |
| 43 | Raquel Roman-Bonilla | Juan A. Albino-Gonzalez | Arrived at 3:15 pm |
| 44 | Joel Torres-Beltran | Alex Omar Rosa-Ambert | |
| 45 | Laurie Baerga-Castro | Humberto Guzman-Rodriguez | H Guzman |

| #  | Name | Name |
|----|------|------|
| 46 | Angel Velez-Rosa | Luz M. Rios-Rosario |
| 47 | Florentino Perez-Gonzalez | Kendys Pimentel-Soto |
| 48 | Ivelisse Vazquez-Garcia | Wilfredo Diaz-Narvaez |
| 48 | Ivelisse Vazquez-Garcia | Kehylis Y. Vazquez-Torres |
| 48 | Ivelisse Vazquez-Garcia | Victor A. Ramos-Rodriguez |
| 49 | Maritza Rosario-Medina | Eduardo Ferrer-Rios |
| 50 | Ana Oben | Marie L. Cortes-Cortes |
| 51 | Mariam Candelaria | Guillermo A. Macari-Grillo |
| 52 | Margarita Arroyo-Heredia | Ignacio Rivera-Cordero |

*for Victor Romes*
*for Victor Ramos*